COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00816-CV |
| Style: | Curocom Energy LLC and Curo Holdings Co. Ltd |
| | **v** Woong Soon Eem and Jason Kim |
| Date motion filed: | February 13, 2015 |
| Type of motion: | Motion to Withdraw as Counsel |
| Party filing motion: | Counsel for Woong Soon Eem; Jason Kim; Woolim Resources Development Company, Ltd.; Woolim Energy Holdings, LLC; and Woolim Construction Company, Ltd. |

The Kim Law Firm and Patterson PC have filed a motion to withdraw as counsel for Woong Soon Eem; Jason Kim; Woolim Resources Development Company, Ltd.; Woolim Energy Holdings, LLC; and Woolim Construction Company, Ltd. (collectively referenced as the "Woolim Parties" in the motion).

The motion to withdraw as counsel is **granted**. The Court requests that counsel send a copy of this order to the last known address for each of the Woolim Parties.


Judge's signature: /s/ Jane Bland
                    Acting individually

Date: February 24, 2015